```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

LARRY M. WILLIAMS, )
    Petitioner, )
                                               )
    v.                                                   ) Civil Action No. 05-677
                                               )
JAMES WYNDER, ET AL., )
    Respondents. )

## ORDER

Petitioner has filed an appeal of United States Magistrate Judge Amy Reynolds Hay's non-dispositive order dated December 28, 2005 [document #20]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 30nd day of December, 2005, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Amy Reynolds Hay,
    United States Magistrate Judge

    All parties of record