IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY M. WILLIAMS,<br>    Petitioner,<br><br>v.<br><br>JAMES WYNDER, ET AL.,<br>    Respondents. | )<br>)<br>)<br>) Civil Action No. 05-677<br>)<br>)<br>) |

ORDER

Petitioner has filed an appeal of three non-dispositive orders, dated January 3, 2006, entered by United States Magistrate Judge Amy Reynolds Hay [document #28]. Upon a review of the matters raised by the appeal, the court concludes that the orders appealed from are neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 6th day of January, 2006, IT IS HEREBY ORDERED that the orders referred to are AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Amy Reynolds Hay,
    United States Magistrate Judge

    All parties of record