IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY M. WILLIAMS, | ) |
| Petitioner | ) |
| | ) |
| vs. | ) Civil Action No. 05-677 |
| | ) Judge Gary L. Lancaster/ |
| JAMES WYNDER; THE DISTRICT | ) Magistrate Judge Amy Reynolds Hay |
| ATTORNEY OF THE COUNTY OF | ) |
| PITTSBURGH; THE ATTORNEY | ) |
| GENERAL OF THE STATE OF | ) |
| PENNSYLVANIA, | ) |
| Respondents | ) |

## ORDER

AND NOW, this $\underline{30}^{\text{TH}}$ day of ___MARCH___, 2006, after the petitioner,

Larry M. Williams, filed an action in the above-captioned case, and after a Report and

Recommendation was filed by the United States Magistrate Judge granting the parties ten days

after being served with a copy to file written objections thereto, and upon consideration of the

objections filed by petitioner, and upon independent review of the record, and upon consideration

of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this

Court,

IT IS HEREBY ORDERED that the petition filed pursuant to 28 U.S.C. § 2254 is

denied as untimely;

IT IS FURTHER ORDERED that a certificate of appealability is denied;

IT IS FURTHER ORDERED that petitioner's most recent motion for appointment

of counsel is denied;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Larry M. Williams
        EN-5592
        SCI Dallas
        1000 Follies Road
        Dallas, PA 18612

        Rusheen R. Pettit
        Assistant District Attorney
        Office of the District Attorney
        401 Allegheny County Courthouse
        Pittsburgh, PA 15219