IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY M. WILLIAMS, | ) |
|        Petitioner | ) |
| | ) |
| vs. | ) Civil Action No. 05-677 |
| | ) Judge Gary L. Lancaster/ |
| JAMES WYNDER; THE DISTRICT ATTORNEY OF THE COUNTY OF PITTSBURGH; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) Magistrate Judge Amy Reynolds Hay ) ) ) ) |
|        Respondents | ) |

ORDER

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

_____
GARY L. LANCASTER
United States District Judge
DATED: 3-30-06

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Larry M. Williams
EN-5592
SCI Dallas
1000 Follies Road
Dallas, PA 18612

Rusheen R. Pettit
Assistant District Attorney
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219